# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

Youyi Wu

v.

Alberto Gonzales, United States Attorney General, United States Department of Justice;
Michael Chertoff, Secretary of the Department of Homeland Security;
Emilio T. Gonzalez, Director of United States Citizenship and Immigration Services;
David Still, San Francisco District Director, United States Citizenship and Immigration Services;
Robert S. Mueller III, Director of Federal Bureau of Investigation

SUMMONS IN A CIVIL CASE

CASE NUMBER:

C07 03469 JF

HRL

TO: (Name and address of defendant)

Michael Chertoff
Secretary of the Department of Homeland Security
U.S. Department of Homeland Security
Washington, DC 20528

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Justin Fok (CSB# 242272)
2107 N. First St., Suite 300
San Jose, CA 95131
Tel: (408) 437-1788
Fax: (408) 437-9788

an answer to the complaint which is herewith served upon you, within 60 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

_Sandy M_ (signature)
(BY) DEPUTY CLERK
Sandy Morris

DATE 7-2-07

# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

Youyi Wu

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

V.

Alberto Gonzales, United States Attorney General, United States Department of Justice;
Michael Chertoff, Secretary of the Department of Homeland Security;
Emilio T. Gonzalez, Director of United States Citizenship and Immigration Services;
David Still, San Francisco District Director, United States Citizenship and Immigration Services;
Robert S. Mueller III, Director of Federal Bureau of Investigation

C07 03469 JF

HRL

TO: (Name and address of defendant)

Emilio T. Gonzalez
Director
U.S. Citizenship and Immigration Services
425 I Street, NW
Washington, DC 20536-0003

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Justin Fok (CSB# 242272)
2107 N. First St., Suite 300
San Jose, CA 95131
Tel: (408) 437-1788
Fax: (408) 437-9788

an answer to the complaint which is herewith served upon you, within 60 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE 7-2-07

(BY) DEPUTY CLERK

Sandy Morris

# United States District Court

## NORTHERN DISTRICT OF CALIFORNIA

Youyi Wu

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

V.

Alberto Gonzales, United States Attorney General, United States Department of Justice;
Michael Chertoff, Secretary of the Department of Homeland Security;
Emilio T. Gonzalez, Director of United States Citizenship and Immigration Services;
David Still, San Francisco District Director, United States Citizenship and Immigration Services;
Robert S. Mueller III, Director of Federal Bureau of Investigation

C07 03469 JF

HRL

TO: (Name and address of defendant)

Alberto Gonzales
United States Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Justin Fok (CSB# 242272)
2107 N. First St., Suite 300
San Jose, CA 95131
Tel: (408) 437-1788
Fax: (408) 437-9788

an answer to the complaint which is herewith served upon you, within   60   days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

7-2-07
DATE

(BY) DEPUTY CLERK

Sandy Morris

# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

E-FILING

Youyi Wu

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

v.

Alberto Gonzales, United States Attorney General, United States Department of Justice;
Michael Chertoff, Secretary of the Department of Homeland Security;
Emilio T. Gonzalez, Director of United States Citizenship and Immigration Services;
David Still, San Francisco District Director, United States Citizenship and Immigration Services;
Robert S. Mueller III, Director of Federal Bureau of Investigation

**C07 03469 JF**

HRL

TO: (Name and address of defendant)

Robert S. Mueller, III
Director of FBI
Federal Bureau of Investigation
J. Edgar Hoover Building
935 Pennsylvania Avenue, NW
Washington, DC 20536-0001

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Justin Fok (CSB# 242272)
2107 N. First St., Suite 300
San Jose, CA 95131
Tel: (408) 437-1788
Fax: (408) 437-9788

an answer to the complaint which is herewith served upon you, within   60   days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

7-2-07
DATE

(BY) DEPUTY CLERK
Sandy Morris

# United States District Court

## NORTHERN DISTRICT OF CALIFORNIA

Youyi Wu

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

v.

Alberto Gonzales, United States Attorney General, United States Department of Justice;
Michael Chertoff, Secretary of the Department of Homeland Security;
Emilio T. Gonzalez, Director of United States Citizenship and Immigration Services;
David Still, San Francisco District Director, United States Citizenship and Immigration Services;
Robert S. Mueller III, Director of Federal Bureau of Investigation

C07 03469 JF

HRL

TO: (Name and address of defendant)

David Still
San Francisco District Director
U.S. Citizenship and Immigration Services
San Francisco District Office
630 Sansome Street
San Francisco, CA 94111

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Justin Fok (CSB# 242272)
2107 N. First St., Suite 300
San Jose, CA 95131
Tel: (408) 437-1788
Fax: (408) 437-9788

an answer to the complaint which is herewith served upon you, within   60   days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

7-2-07
DATE

(BY) DEPUTY CLERK
Sandy Morris

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE 7/9/2007 |
| Name of SERVER: Bo Li | TITLE: Office Administrator |

Check one box below to indicate appropriate method of service

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify):

Certified mail with return receipt

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | U.S.P.S. | $ 44.64 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   7/9/2007
             Date

Signature of Server

Law Offices of Jean D. Chen
2107 N. First Street, Suite 300
San Jose, CA 95131

Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure



**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

SAN FRANCISCO CA 94111
OFFICIAL USE

| | |
|---|---|
| Postage | $1.48 |
| Certified Fee | $2.65 |
| Return Receipt Fee (Endorsement Required) | $2.15 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $6.28 |

Postmark Here — JUL 6 2007 — USPS 07/06/2007

Sent To: David Still
Street, Apt. No.; or PO Box No.: 630 Sansome St.
City, State, ZIP+4: San Francisco, CA, 94111

7006 0810 0000 7672 8855

PS Form 3800, June 2002    See Reverse for Instructions

## PROOF OF SERVICE BY MAILING

I am over the age of 18 and not a party to the within action. I am an employee of the Law Offices of Jean D. Chen and my business address is:

2107 N. First St., Suite 300, San Jose CA, 95131

On ___7-9-07___ I served:

1) Summons in a Civil Action;
2) Plaintiff's original complaint for petition for hearing on naturalization application under 8 U.S.C. §1447(b);
3) Order setting initial case management conference and ADR deadlines; Standing Order Re Pretrial Preparation; Contents of Joint Case Management Statement; Standing Order Regarding Case Management in Civil Cases

on the persons or entities named below, for the case Wu v. Gonzales, et al., (07-03469 JF) by placing said documents in an envelope, which was then sealed, with postage fully paid and addressed as follows:

Alberto Gonzales
United States Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW

Michael Chertoff
Secretary of the Department of Homeland Security
U.S. Department of Homeland Security
Washington, DC 20528

Emilio T. Gonzalez
Director
U.S. Citizenship and Immigration Services
425 I Street, NW
Washington, DC 20536-0003

David Still
San Francisco District Director
U.S. Citizenship and Immigration Services
San Francisco District Office
630 Sansome Street
San Francisco, CA 94111

Robert S. Mueller, III
Director of FBI
Federal Bureau of Investigation
J. Edgar Hoover Building

Proof of Service: C07-03469 JF                    1
Wu v. Gonzales, et al.

```
935 Pennsylvania Avenue, NW
Washington, DC 20536-0001


Attn: U.S. Attorney
United States Attorney's Office
150 Almaden Blvd., Suite 900
San Jose, CA 95113


Office of the General Counsel
U.S. Department of Homeland Security
Washington, DC 20528
```

Date of mailing: __7-9-07__  Place of mailing: San Jose, California.

I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct.

Executed this __7-9-07__ at San Jose, California

_/s/ Bo Li_

Bo Li

Proof of Service: C07-03469 JF
Wu v. Gonzales, et al.

2