SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
MELANIE L. PROCTOR, CSBN 228971
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6730
    FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| YOUYI WU, ) | No. C 07-3469 JF |
|                  Plaintiff, ) | |
| v. ) | |
| ALBERTO GONZALES, United States ) Attorney General, United States Department ) of Justice; MICHAEL CHERTOFF, ) Secretary, Department of Homeland ) Security; EMILIO T. GONZALEZ, ) Director, United States Citizenship and ) Immigration Services; DAVID STILL, San ) Francisco District Director, United States ) Citizenship and Immigration Services; ) ROBERT S. MUELLER, III, Director, ) Federal Bureau of Investigations, ) | JOINT REQUEST TO BE EXEMPT FROM FORMAL ADR PROCESS |
|                  Defendants. ) | |

Each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them.

Here, the parties agree that referral to a formal ADR process will not be beneficial because this mandamus action is limited to Plaintiff's request that this Court compel Defendants to

ADR CERTIFICATION
No. C 07-3469 JF

1  adjudicate the application for adjustment of status. Given the substance of the action and the lack
2  of any potential middle ground, ADR will only serve to multiply the proceedings and unnecessarily
3  tax court resources.   Accordingly, pursuant to ADR L.R. 3-3(c), the parties request the case be
4  removed from the ADR Multi-Option Program and that they be excused from participating in the
5  ADR phone conference and any further formal ADR process.

6  Dated: September 14, 2007                         Respectfully submitted,

7                                                    SCOTT N. SCHOOLS
                                                     United States Attorney
8

9                                                    _____/s/_____
                                                     MELANIE L. PROCTOR[1]
10                                                   Assistant United States Attorney
                                                     Attorneys for Defendants
11

12
   Dated: September 14, 2007                         _____/s/_____
13                                                   JUSTIN FOK
                                                     Attorney for Plaintiff
14

15                                    **ORDER**

16       Pursuant to stipulation, IT IS SO ORDERED.

17

18 Date:                                             _____
19                                                   JEREMY FOGEL
                                                     United States District Judge
20

---

[1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

ADR CERTIFICATION
No. C 07-3469 JF                              2