1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   MELANIE L. PROCTOR, CSBN 228971
4  Assistant United States Attorney

5      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102
6      Telephone: (415) 436-6730
       FAX: (415) 436-6927
7
   Attorneys for Defendants
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                          SAN JOSE DIVISION

12 YOUYI WU,                              )
                                          ) No. C 07-3469 JF
13              Plaintiff,                )
                                          )
14       v.                               )
                                          ) **STIPULATION TO CONDUCT CASE**
15 ALBERTO GONZALES, United States        ) **MANAGEMENT CONFERENCE**
   Attorney General, United States Department of ) **TELEPHONICALLY and [PROPOSED]**
16 Justice;                                ) **ORDER**
   MICHAEL CHERTOFF, Secretary, Department )
17 of Homeland Security;                   )
   EMILIO T. GONZALEZ, Director, United   )
18 States Citizenship and Immigration Services; )
   DAVID STILL, San Francisco District Director, )
19 United States Citizenship and Immigration )
   Services;                               )
20 ROBERT S. MUELLER, III, Director,       )
   Federal Bureau of Investigations,       )
21                                         )
                Defendants.                )
22 _____)

23     The plaintiff, by and through his attorney of record, and defendants by and through their

24 attorneys of record, hereby stipulate, subject to the approval of the Court, that the parties are

25 permitted to conduct the Case Management/Status Conference, presently scheduled for October 5,

26 ///

27 ///

28

Stipulation to Conduct CMC Telephonically
C07-3469 JF                                  1

2007 at 10:30 a.m. telephonically.

Date: October 3, 2007                              Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

                                                                      /s/
MELANIE L. PROCTOR
Assistant United States Attorney
Attorneys for Defendants

                                                                      /s/
Date: October 3, 2007                              JUSTIN FOK
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:
JEREMY FOGEL
United States District Judge

Stipulation to Conduct CMC Telephonically
C07-3469 JF                                           2