UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5™ FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Case Management Conference, October 5, 2007
**Case Number:** CV-07-3469-JF/HRL

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

| TITLE: | YOUYI WU  V.  ALBERTO GONZALES, ET AL. | |
|---|---|---|
| | **PLAINTIFF** | **DEFENDANT** |
| | Attorneys Present: Justin Fok | Attorneys Present: Melanie Proctor |

PROCEEDINGS:
   Case management conference held.  Parties are present. Court grants the parties request to appear telephonically.  The parties consent to reassignment to Magistrate Judge Lloyd. The case shall be reassigned upon receipt of signed consents.