UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

No.

Plaintiff(s),

v.                                    CONSENT TO PROCEED BEFORE A
                                      UNITED STATES MAGISTRATE JUDGE

Defendant(s).
_____/

   In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.


Dated: _____         _____
                                       Signature

                                       Counsel for _____
                                       (Name of Party or indicate "Pro Se")