1 SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
2 JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
3 Chief, Civil Division
MELANIE L. PROCTOR, CSBN 228971
4 Assistant United States Attorney

5    450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6    Telephone: (415) 436-6730
   FAX: (415) 436-6927
7
Attorneys for Defendants
8
                     UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10
                           SAN JOSE DIVISION
11
YOUYI WU,                         )    No. C 07-3469 JF
12                                     )
               Plaintiff,    )
13                                       )
      v.                            )
14                                       )
PETER D. KEISLER, United States  )    **CONSENT TO MAGISTRATE**
15 Attorney General, United States Department )
of Justice; MICHAEL CHERTOFF,  )
16 Secretary, Department of Homeland  )
Security; EMILIO T. GONZALEZ,  )
17 Director, United States Citizenship and  )
Immigration Services; DAVID STILL, San )
18 Francisco District Director, United States  )
Citizenship and Immigration Services;  )
19 ROBERT S. MUELLER, III, Director,  )
Federal Bureau of Investigations,  )
20                                      )
             Defendants.  )
21 _____)

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

CONSENT
No. C 07-3469 JF

1      In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, Defendants
2  hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further
3  proceedings in the case, including trial, and order the entry of a final judgment.  Appeal from the
4  judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

5  Dated: October 9, 2007                  Respectfully submitted,

                         SCOTT N. SCHOOLS
                         United States Attorney

                         _____/S/_____
                         MELANIE L. PROCTOR
                         Assistant United States Attorney