Justin Fok, Esq., CA State Bar #242272
Law Offices of Jean D. Chen
2107 N. First Street, Suite 300
San Jose, CA 95131
Telephone: (408) 437-1788
Facsimile:  (408) 437-9788
Email: jfok@jclawoffice.com

Attorney for Plaintiff
Youyi Wu,

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| **Youyi Wu,**<br><br>        Plaintiff,<br><br>    v.<br><br>**Alberto Gonzales**, United States Attorney General, United States Department of Justice;<br>**Michael Chertoff**, Secretary, Department of Homeland Security;<br>**Emilio T. Gonzalez**, Director, United States Citizenship and Immigration Services;<br>**David Still**, San Francisco District Director, United States Citizenship and Immigration Services;<br>**Robert S. Mueller III**, Director, Federal Bureau of Investigation<br><br>        Defendants | Case No.  C 07-3469 JF HRL<br><br>**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |

///

///

///

Consent to Proceed Before a               1
United States Magistrate Judge
C 07-3469 JF HRL

1 **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

2    In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned
3 party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all
4 further proceedings in the case, including trial, and order the entry of final judgment. Appeal
5 from the judgment shall be taken directly to the United States Court of Appeals for the Ninth
6 Circuit.

Respectfully Submitted,

Dated: October 10, 2007          _____/s/_____
                                 Justin G. Fok
                                 Attorney for Plaintiff

Consent to Proceed Before a                    2
United States Magistrate Judge
C 07-3469 JF HRL