1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   MELANIE L. PROCTOR, CSBN 228971
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-6730
      FAX: (415) 436-6927
7
   Attorneys for Defendants
8

9                   UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                        SAN JOSE DIVISION

12 YOUYI WU,                              )
                                          ) No. C 07-3469 HRL
13              Plaintiff,                )
                                          )
14       v.                               )
                                          ) **STIPULATION TO DISMISS; AND**
15 ALBERTO GONZALES, United States        ) **[PROPOSED] ORDER**
   Attorney General, United States Department of )
16 Justice;                               )
   MICHAEL CHERTOFF, Secretary, Department )
17 of Homeland Security;                  )
   EMILIO T. GONZALEZ, Director, United  )
18 States Citizenship and Immigration Services; )
   DAVID STILL, San Francisco District Director, )
19 United States Citizenship and Immigration )
   Services;                              )
20 ROBERT S. MUELLER, III, Director,      )
   Federal Bureau of Investigations,      )
21                                        )
                Defendants.                )
22 _____ )

23     Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys

24 of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled

25 action without prejudice in light of the fact that the United States Citizenship and Immigration

26 Services is now prepared to adjudicate Plaintiff's application for naturalization and agrees to do so

27 within 30 days of the dismissal of this action.

28 ///

Stipulation to Dismiss
C07-3469 HRL                              1

1 | Each of the parties shall bear their own costs and fees.

2 | Date: October 12, 2007                                Respectfully submitted,

3 | SCOTT N. SCHOOLS
United States Attorney

5 | _____/s/_____
MELANIE L. PROCTOR
Assistant United States Attorney
Attorneys for Defendants

9 | Date: October 12, 2007                                _____/s/_____
JUSTIN FOK
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: _____
HOWARD R. LLOYD
United States Magistrate Judge

Stipulation to Dismiss
C07-3469 HRL                                     2