SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
MELANIE L. PROCTOR, CSBN 228971
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6730
FAX: (415) 436-6927

Attorneys for Defendants

*E-filed 10/16/07*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| YOUYI WU,<br><br>           Plaintiff,<br><br>    v.<br><br>ALBERTO GONZALES, United States Attorney General, United States Department of Justice;<br>MICHAEL CHERTOFF, Secretary, Department of Homeland Security;<br>EMILIO T. GONZALEZ, Director, United States Citizenship and Immigration Services;<br>DAVID STILL, San Francisco District Director, United States Citizenship and Immigration Services;<br>ROBERT S. MUELLER, III, Director, Federal Bureau of Investigations,<br><br>           Defendants. | No. C 07-3469 HRL<br><br>**STIPULATION TO DISMISS; AND ORDER** |

    Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services is now prepared to adjudicate Plaintiff's application for naturalization and agrees to do so within 30 days of the dismissal of this action.

///

Stipulation to Dismiss
C07-3469 HRL                                 1

1  Each of the parties shall bear their own costs and fees.

2  Date: October 12, 2007                    Respectfully submitted,

3                                            SCOTT N. SCHOOLS
                                             United States Attorney
4

5                                            _____/s/_____
                                             MELANIE L. PROCTOR
6                                            Assistant United States Attorney
                                             Attorneys for Defendants
7

8
                                             _____/s/_____
9  Date: October 12, 2007                    JUSTIN FOK
                                             Attorney for Plaintiff
10

11                              **ORDER**

12     Pursuant to stipulation, IT IS SO ORDERED.

13
   Date:  10/16/07
14                                           _____
                                             HOWARD R. LLOYD
                                             United States Magistrate Judge
15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation to Dismiss
C07-3469 HRL                         2